# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **JAMES BROADHEAD,** | : | |
|     **Plaintiff,** | : | |
| **vs.** | : | **CIVIL ACTION NO. 02-0851-WS-L** |
| **JACK TILLMAN, MR. JAMES, MR. JONES** | : | |
|     **Defendants.** | : | |

## **ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice for failure to prosecute.

**DONE** and **ORDERED** this 19th day of April, 2005.

                                                        s/WILLIAM H. STEELE  
                                                        UNITED STATES DISTRICT JUDGE