### IN THE UNITED STATES DISTRICT COURT FOR THE
### SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **JAMES BROADHEAD,** | **:** | |
| **Plaintiff,** | **:** | |
| **vs.** | **:** | **CIVIL ACTION NO. 02-0851-WS-L** |
| **JACK TILLMAN, MR. JAMES, MR. JONES** | **:** | |
| **Defendants.** | **:** | |

### JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this action be and is hereby

DISMISSED without prejudice.

**DONE** and **ORDERED** this 19th day of April, 2005.


s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE